IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

UNITED STATES OF AMERICA,

v.

JEFFREY TYLER HAMILTON,
aka "FLAME",
TREVANTE COCKRELL,
aka "TRE",
DION LEE MACKEY,
ANTHONY SOUTHERLAND,
aka "WILLIE BUG",
REGINALD ELIJAH HARRELL,
DARRELL CORRELL HALL.

Civil Action File Number:
3:16-cr-00001-DHB-BKE

## ORDER

The Notice for Leave of Absence of DANIEL M. KING, JR., pursuant to Local Rule 83.9 of the Local Rules for the United States District Court, Southern District of Georgia, having been read and considered,

IT IS HEREBY ORDERED that such leave is granted.

Signed this 15th day of March, 2016, at Augusta, Georgia.

DUDLEY BOWEN
JUDGE, UNITED STATES DISTRICT COURT